UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HENRY G. GARFIELD,

                  Plaintiff,

     - against -

MILE SQUARE TRANSPORTATION INC.
                Defendant.
-----------------------------------------------------------------X

Rev. 9/08

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 Civ. 7225 (CS)(LMS)

The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ Settlement*

_X_ All Purposes

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
          August 20, 2008

_____
United States District Judge